**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:  **Wallace Davis, Jr.**
        **Sonya Renee Timms**

CASE NO  **15-60281**

CHAPTER  **13**

## DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)

| | |
|---|---|
| **Amount paid:** | $200.00 |
| **Amount to be paid through the plan:** | $3,300.00 |
| **Amount to be paid outside the plan:** | $0.00 |
| **Property transferred to attorney:** | $420.00 FF, AS, CR, BC |
| **Collateral held by attorney:** | None |
| **Source of compensation:** | current income |

I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.

I further certify that the Debtor(s) has been informed and has agreed that the compensation paid shall include the following legal services:  (a) All conferences with the Debtor(s); (b) Preparation (and filing) of required (and/or necessary) documents for the prosecution of the bankruptcy case; (c) Representation at 341 First Meeting of creditors and ce at reaffirmation and/or confirmation hearings; (d) Preparation of routine motions; (e) Any legal services consistent with the Local Rules of Bankruptcy Procedure for the Eastern District of Texas as required by LBR 2016. Included in the disclosure for attorney fees to be paid through the plan is $500.00 for anticipated automatic stay litigation.

I have not agreed to share this compensation with any person other than members of the firm.

Date  5/4/2015 _____

**/s/ Wallace Davis, Jr.** _____
***Wallace Davis, Jr.***

**/s/ GORDON MOSLEY** _____
***GORDON MOSLEY***                Bar No.  **00791311**
Law Office of Gordon Mosley
4411 Old Bullard Rd., Ste. 700
Tyler, Texas 75703
Phone: (903) 534-5396 / Fax: (903) 581-4038

**/s/ Sonya Renee Timms** _____
***Sonya Renee Timms***