B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Texas (Tyler)

In re  Sonya Timms and Wallace Davis, Jr.          ,          Case No.  15-60281

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cerastes, LLC | Real Time Resolutions, Inc as Agent for CHECK N GO |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Cerastes, LLC
C/O Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

Court Claim # (if known):  6
Amount of Claim:  $1183.45
Date Claim Filed:  June 24, 2015

Phone:  (877) 332-3543                           Phone:
Last Four Digits of Acct #:  7363                Last Four Digits of Acct #:  7363

Name and Address where transferee payments should be sent (if different from above):
Cerastes, LLC
C/O Weinstein & Riley, P.S
P.O. Box 3978
Seattle, WA 98124-3978

Seller Information
Real Time Resolutions, Inc as agent for Check N Go

Phone:  (877) 332-3543
Last Four Digits of Acct #:  7363

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Jordan Morrison, Supervisor               Date:  October 3, 2017
        Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*