**LLOYD KRAUS, CHAPTER 13 TRUSTEE**

Check #.: **1189363**

Payee: Clerk of Courts                                                                                    Date: 05/26/20

Please notify the Court & this office of any changes made pertinent to your account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1560281 | 00000 | WALLACE DAVIS, JR. & SONYA RENEE TIMMS | | 0.00 | 1,134.23 | 0.00 | 1,134.23 |
| | | Original Check written to: | | | | | |
| | | WALLACE DAVIS, JR. | | | | | |
| | | 5379 CR 110 D | | | | | |
| | | OVERTON, TX,   75684 | | | | | |
| | | | TOTALS | 0.00 | 1,134.23 | 0.00 | 1,134.23 |